[No. 71618-2-I. Division One. April 27, 2015.]

BONITA D. LYON, *Appellant*, v. QUALITY LOAN SERVICES CORPORATION OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-16079-0, Andrea A. Darvas, J., entered February 7, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 71624-7-I. Division One. April 27, 2015.]

*In the Matter of the Marriage of* HARRY GEORGE NIWRANSKI, *Respondent*, and LAURA LEE NIWRANSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-3-00824-0, Ira Uhrig, J., entered December 13, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, JJ.

[No. 71638-7-I. Division One. April 27, 2015.]

HELEN KATHLINE SULLIVAN, *Appellant*, v. SAFEWAY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-06420-9, George F.B. Appel, J., entered February 21, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Schindler and Leach, JJ.

[No. 71711-1-I. Division One. April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLY BERNARD FORD III, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-02174-5, Millie M. Judge, J., entered February 20, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Leach, JJ.